UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
JUAN CARLOS HERNANDEZ, on behalf of
himself and others similarly situated,

                          Plaintiff,

           - against -

P.K.L. CORP. d/b/a CHUNG KI-WA
RESTAURANT, CHAN HEE KIM, and JAE M.
PARK,

                       Defendants.
-------------------------------------------------------------------x

**ORDER**

No. 12-cv-2276 (NG) (RML)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 1 2 2013 ★

**BROOKLYN OFFICE**

GERSHON, United States District Judge:

The court adopts the unopposed Report and Recommendation of Magistrate Judge Robert M. Levy, dated August 21, 2013, regarding the damages award made to the plaintiff against the defendants in this case. As recommended by Judge Levy, plaintiff is awarded a total of $171,770.26, plus interest, consisting of $42,750 in unpaid minimum wages; $33,897.36 in unpaid overtime wages; $12,675.70 in unpaid spread-of-hours wages; $71,704.76 in liquidated damages; $9,862.50 in attorney's fees; $879.94 in costs; and prejudgment interest at the rate of nine percent (9%) per annum. The Clerk of Court is directed to enter judgment accordingly.

SO ORDERED.

s/Nina Gershon

NINA GERSHON
United States District Judge

Dated: September 11, 2013
       Brooklyn, New York